UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

——————————————————————x
                                         :
EUN JOO LEE,                             :      **Notice of Acceptance**
                                         :
                          Plaintiff,     :
                                         :
                                         :      No. 12-cv-420(DLI)(CLP)
              -against-                   :
                                         :
FORSTER & GARBUS, LLP and                :
NCOP XI, LLC,                            :
                                         :
                          Defendants.    :
——————————————————————x

## Notice of Acceptance

Under Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Eun Joo Lee

hereby accepts Defendants' Rule 68 Offer of Judgment, dated March 5, 2013 and

attached as Exhibit A, to allow judgment to be taken against them in this action in

favor of Plaintiff, in the amount of $1,001.00, plus reasonable costs and attorneys'

fees.

Dated: New York, New York
       March 19, 2013

                                   Respectfully submitted,


                                   _____
                                   Brian L. Bromberg
                                   One of Plaintiff's Attorneys


**Attorneys for Plaintiff**
Brian L. Bromberg
Michael N. Litrownik
Bromberg Law Office, P.C.
40 Exchange Place, Ste. 2010
New York, NY 10005

(212) 248-7906

Moumita Rahman
The Law Firm of Moumita Rahman, PLLC
40 Exchange Place, Suite 2010
New York, NY 10005
(212) 248-7907

# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x          CV 12-cv-420(DLI)(CLP)

EUN JOO LEE, on behalf of herself
and all others similarly situated,

                              Plaintiff

          -against-

FORSTER & GARBUS, LLP and NCOP XI,
LLC,

                              Defendants

------------------------------------------------------------x

          The above-named Defendants, by their undersigned attorney, pursuant to Fed. R. Civ. P. 68

hereby offers to have judgment entered against them as follows (such judgment is to be entered

in favor of the Plaintiff only in her individual capacity):

          1.  $1001.00 (one thousand one dollars) to the Plaintiff  EUN JOO LEE;

          2.  Reasonable costs and attorneys fees.

DATED:  March 5, 2013

ROBERT L. ARLEO
Attorney for the Defendants
380 Lexington Avenue, 17th Fl.
New York, New York  10168
(212) 551-1115


TO:  BRIAN L. BROMBERG
     MICHAEL N. LITROWNIK
     BROMBERG LAW OFFICE, P.C.
     40 Exchange Place, Suite 2010
     New York, New York   10005
     SENT VIA US POST OFFICE EXPRESS MAIL # EI 136805728 US

     MOUMITA RAHMAN
     THE LAW FIRM OF MAUMITA RAHMAN, PLLC
     40 Exchange Place, Suite 2010
     New York, New York   10005
     SENT VIA US POST OFFICE EXPRESS MAIL # EI 136805731 US

From: (212) 248-7906
Brian Bromberg
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010

New York, NY 10005

Origin ID: PCTA

**FedEx** Express

**E**

J1311302120326

Ship Date: 19MAR13
ActWgt: 0.5 LB
CAD: 8132156/INET3370

Delivery Address Bar Code



SHIP TO: (212) 551-1115

**Robert Arleo**

**380 Lexington Avenue
17th Floor
New York, NY 10168**

BILL SENDER

Ref #     Lee/F&G
Invoice #
PO #
Dept #

**WED - 20 MAR 3:00P**
**STANDARD OVERNIGHT**

TRK#   **7993 1109 4140**
0201

**EA JHCA**

**10168**
NY-US
**EWR**



518G2/DCF8/93AB

---

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Certificate of Service

I, Brian L. Bromberg, certify that on March 19, 2013, I served the foregoing

document by Federal Express overnight service and by facsimile on the following

recipient at the following address and fax number:

Robert Louis Arleo
380 Lexington Ave, 17th Floor
New York, NY 10168
Fax: (518) 751-1801


Dated:        New York, New York
              March 19, 2013


                                  Brian L. Bromberg

40 Exchange Place, Suite 2010
New York, NY 10005
Tel: (212) 248-7906
Fax: (212) 248-7908

**Bromberg Law Office, P.C.**

# Fax

| **To:** | Robert Louis Arleo | **From:** | Brian L. Bromberg |
|---|---|---|---|
| **Fax:** | (518) 751-1801 | **Pages:** | 8 |
| **Phone:** | | **Date:** | March 19, 2013 |
| **Re:** | Lee v. Forster & Garbus, et al. | | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

**Important Notice: The information contained in this facsimile message is confidential and is intended solely for the exclusive use of the individual(s) named above and may contain information that is attorney work product, privileged, confidential or exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this message in error, please immediately notify us by telephone at (212) 248-7906 to arrange for its return.  Thank you for your cooperation and compliance in this matter.**

● **Comments:**

```
TRANSMISSION VERIFICATION REPORT
```

```
                              TIME  : 03/19/2013 13:27
                              NAME  : BROMBERG LAW OFFICE
                              FAX   : 2122487908
                              TEL   : 2122487906
                              SER.# : E6J188197
```

```
DATE,TIME              03/19  13:24
FAX NO./NAME           915187511801
DURATION               00:03:03
PAGE(S)                08
RESULT                 OK
MODE                   FINE
```

40 Exchange Place, Suite 2010
New York, NY 10005
Tel: (212) 248-7906
Fax: (212) 248-7908



**Bromberg Law Office, P.C.**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Robert Louis Arleo | **From:** | Brian L. Bromberg |
| **Fax:** | (518) 751-1801 | **Pages:** | 8 |
| **Phone:** | | **Date:** | March 19, 2013 |
| **Re:** | Lee v. Forster & Garbus, et al. | | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

**Important Notice:** The information contained in this facsimile message is confidential and is intended solely for the exclusive use of the individual(s) named above and may contain information that is attorney work product, privileged, confidential or exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this message in error, please immediately notify us by telephone at (212) 248-7906 to arrange for its return.  Thank you for your cooperation and compliance in this matter.

● **Comments:**