***ROBERT L. ARLEO, ESQ.***
380 Lexington Avenue
17th Floor
New York, N.Y.  10168

Telephone: (212) 551-1115                                                                          Fax: (518) 751-1801
Email: r.arleo@verizon.net

May 8, 2013

Hon. Dora L. Irizarry
District Judge
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York    11201

                Re:  Lee v. Forster & Garbus, LLP et al.
                     12-cv-420

Dear Judge Irizarry:

   I am counsel for the Defendants named in the above-entitled action. I refer to the Order issued today in regard to the Notice of Dismissal which I previously filed via ECF.

   Please be advised that the failure to file the Notice in a timely manner was entirely my fault. Attorney Brian Bromberg sent to the Notice to me via email on April 22, 2013 with his signature thereon. The failures referenced in Your Honor's Order issued today were solely due to me and were in no way caused by any of the Plaintiff's counsels.

   I will execute the Notice and file same via ECF immediately after I file the herein correspondence via ECF. I sincerely apologize for any inconvenience which I may have caused to Your Honor and/or Your Honor's staff.

                                                Respectfully submitted,

                                                / s /  *Robert L. Arleo*

                                                Robert L. Arleo

RLA:gra

cc:   Brian L. Bromberg via ECF